```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                        TAMPA DIVISION
```

GENWORTH LIFE AND ANNUITY
INSURANCE COMPANY f/k/a First
Colony Life Insurance Company,

    Plaintiff,
v.                                Case No.  8:12-cv-2107-T-33AEP

RICKEY LOUIS HENDERSON, RACHEL
S. DAVIS, STEPHANIE L. SIMMONS
and DONNA MARIE HORTON,

    Defendants.
_____/

## ORDER

This matter is before the Court pursuant to the parties' Joint Motion for Distribution of Funds Held in Court Registry, Plaintiff's Request for Final Judgment of Discharge, and the parties' Joint Motion for Dismissal of Action with Prejudice Pursuant to Settlement (Doc. # 23), which was filed on January 3, 2013.  The Court grants the Motion.

## Discussion

Plaintiff filed this interpleader action on September 19, 2012. (Doc. # 1).  On December 27, 2012, Plaintiff deposited into the Court's Registry $416,256.46, representing disputed life insurance proceeds as well as applicable interest. (Doc. # 22).  At this juncture, the parties advise the Court that they have reached an amicable resolution of the case and request an order approving the following disbursements, which

include an award of attorneys' fees:

Rickey Louis Henderson: $125,000.00;

Donna Marie Horton: $42,058.57;

Rachel D. Davis: $196,273.32;

Stephanie L. Simmons: $42,058.57; and

Genworth Life and Annuity Insurance Company: $10,866.00.

    In the absence of a dispute concerning disbursement of the funds, the Court directs the Clerk to disburse such funds as noted above, leaving no sum on deposit. Furthermore, the Court deems it appropriate to discharge Plaintiff Genworth Life and Annuity Insurance Company and to dismiss this action with prejudice following the disbursement of the funds as directed above.

    Accordingly, it is hereby

    **ORDERED, ADJUDGED,** and **DECREED:**

(1) The parties' Joint Motion for Distribution of Funds Held in Court Registry, Plaintiff's Request for Final Judgment of Discharge, and the parties' Joint Motion for Dismissal of Action with Prejudice Pursuant to Settlement (Doc. # 23) is **GRANTED.**

(2) The Clerk is directed to make the following disbursements, leaving no sum on deposit:

Rickey Louis Henderson: $125,000.00;

2

>   Donna Marie Horton: $42,058.57;
>
>   Rachel D. Davis: $196,273.32;
>
>   Stephanie L. Simmons: $42,058.57; and
>
>   Genworth Life and Annuity Insurance Company: $10,866.00.

(3) After disbursement has been effected, the Clerk is directed to **CLOSE THE CASE**.

(4) This case is **DISMISSED WITH PREJUDICE.**

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>4th</u> day of January 2013.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel and Parties of Record

3